# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN VAN HULST,<br><br>  *Plaintiff*,<br><br>v.<br><br>KERYX BIOPHARMACEUTICALS, INC., KEVIN J. CAMERON, MARK J. ENYEDY, STEVEN C. GILMAN, MICHAEL T. HEFFERNAN, JODIE MORRISON, DANIEL P. REGAN, and MICHAEL ROGERS,<br><br>  *Defendants*. | Case No.: 1:18-cv-01656 |

## NOTICE OF DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Shawn Van Hulst ("Plaintiff") voluntarily dismisses his claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 27, 2019

         **O'KELLY ERNST & JOYCE, LLC**

         */s/ Ryan M. Ernst*
         Ryan M. Ernst (#4788)
         901 N. Market St., Suite 1000
         Wilmington, DE 19801
         Telephone: (302) 778-4000
         Facsimile: (302) 295-2873
         Email: rernst@oelegal.com

         *Attorneys for Plaintiff*